UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

v.     Case No. 07-cr-211-01-SM

Jimmy Dale Folsom, Jr.

O R D E R

Defendant Folsom's motion to continue the final pretrial conference and trial is granted (document 10). However, given the government's proffer, no further continuances will be granted absent extraordinary circumstances. Trial has been rescheduled for the March 2009 trial period. Defendant Folsom shall file a waiver of speedy trial rights not later than November 28, 2008. On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:** March 6, 2009 at 2:00 p.m.

**Jury Selection**: March 17, 2009 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

November 18, 2008

cc:   Jeffrey Levin, Esq.
      William Morse, AUSA
      US Probation
      US Marshal